## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Amended Complaint was served via hand delivery, this 18th day of July, 2002 upon the following Attorney for Defendants:

Philip J. Katauskas, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799

_____
Attorney for Plaintiff