IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMER INDUSTRIAL TECH., INC., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MLEA, INC. and JOHN K. WIEDEMANN, | : | NO. 02-2902 |
| Defendants. | : | |

<u>ORDER</u>

**AND NOW**, this _____ day of August, 2002, upon consideration of the Defendants' Motion to Dismiss Plaintiff's complaint (Docket #7), it is hereby ordered that said motion is denied.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.