```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| AMER INDUSTRIAL TECH., INC., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MLEA, INC. and JOHN K. WIEDEMANN, | : | NO. 02-2902 |
| Defendants. | : | |

## ORDER

**AND NOW,** this \_\_\_\_\_ day of August, 2002, upon consideration of the Plaintiff's Motion for Preliminary Injunction (Docket #2), it is hereby ordered that said motion is denied as moot because of the filing of a motion to withdraw the request for such an injunction.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.