IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMER INDUSTRIAL TECH., INC., | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MLEA, INC. and JOHN K. WIEDEMANN, | : | NO. 02-2902 |
| Defendants. | : | |

<u>ORDER</u>

**AND NOW**, this \_\_\_\_\_ day of August, 2002, upon consideration of the Plaintiff's Motion to Withdraw Request for Preliminary Injunction (Docket #13), it is hereby ordered that said motion is granted.

BY THE COURT:


_____
MARY A. McLAUGHLIN, J.