```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AMER INDUSTRIAL TECH., INC.,          :
               Plaintiff              :      CIVIL ACTION
                                      :
         v.                           :
                                      :
MLEA, INC. and JOHN K. WIEDEMANN,     :      NO. 02-2902
               Defendants.            :
```

## ORDER

**AND NOW**, this \_\_\_\_\_ day of August, 2002, upon consideration of the Defendants' Motion to Dismiss the Plaintiff's Amended Complaint (Docket #11), and Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint (Docket #18), it is hereby Ordered that said motion is dismissed without prejudice.  The Defendants may resubmit their motion as a a Motion for Summary Judgment after discovery is closed.

                              BY THE COURT:


                              _____
                              MARY A. McLAUGHLIN, J.