IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMER INDUSTRIAL TECHNOLOGIES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MLEA, INC. | : | NO. 02-2902 |

**O R D E R**

        AND NOW, this 15th day of November, 2002, it is Ordered that a status conference, by telephone, in the above captioned case is scheduled on Wednesday, November 20, 2002, at 4:30 p.m. Plaintiff's counsel shall initiate the telephone call. Judge McLaughlin's chambers telephone number is 267-299-7600.

ATTEST:                                or    BY THE COURT

BY:_____                  _____
      Carol D. James, Deputy Clerk            MARY A. McLAUGHLIN,  J.

**faxed from chambers on 11/15/02:**
        **Richard S. Meyer, Esq.**
        **Philip J. Katauskas, Esq.**
        **Robert S. Nix, Esq.**

Civ 12 (9/83)