```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

AMER INDUSTRIAL TECH., INC.       :
                                  :    CIVIL ACTION
      v.                           :
                                  :
MLEA, INC. and JOHN K. WIEDEMANN, :    NO. 02-2902

## SCHEDULING ORDER

AND NOW, this ____ day of November, 2002, following a status conference in the above captioned case, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by December 31, 2002.

2. In view of the fact that the defendants plan to file a motion for summary judgment on or before December 23, 2002, the plaintiff's opposition to said motion must be filed on or before January 10, 2003, and defendants' reply to the opposition must be filed on or before January 17, 2003. If the defendants require more time to file their reply, they may request more time.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.