IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMER INDUSTRIAL TECHNOLOGIES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MLEA, INC., et al. | : | NO. 02-2902 |

**O R D E R**

AND NOW, this 14th day of January, 2003, it is Ordered that Oral Argument on Plaintiff and Defendants' Motions for Summary Judgment, in the above captioned case, is scheduled on January 30, 2003, at 9:00 a.m., United States District Court, 601 Market Street, Philadelphia, PA  19106, Courtroom 17-B.


ATTEST:                                              or   BY THE COURT


BY:_____              _____
       Carol D. James, Deputy Clerk                    MARY A. McLAUGHLIN,   J.


faxed from chambers 1/14/03:
        Philip Katauskas, Esq.
        Robert Nix, Esq.
        Richard Meyer, Esq.

Civ 12 (9/83)