IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMER INDUSTRIAL TECH., INC., | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
|     v. | : | |
| | : | |
| MLEA, INC. and JOHN K. WIEDEMANN, | : | NO. 02-2902 |
|     Defendants | : | |

<u>ORDER</u>

AND NOW, this _____ day of March, 2003, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 26), Plaintiff's Motion for Summary Judgment and response to the Defendants' Motion (Docket No. 27), Defendants' reply in support of their Motion and response to the Plaintiff's Motion, the Plaintiff's reply in support of its Motion, and the oral argument on said motions held January 30, 2002, it is hereby Ordered that the Defendants' Motion is Granted and the Plaintiff's Motion is Denied for the reasons set forth in a memorandum of today's date. It is further Ordered that judgment is entered against the Plaintiff in favor of the Defendants.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.